**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**GLORIA JOHNSON, FRED JOHNSON, and**
**BESSIE CHAVOUS,**

                **Plaintiffs,**                                           **AMENDED ORDER**
                                                                                  **04-CV-5427 (NG) (KAM)**

    -against-

**HOME SAVERS CONSULTING CORP.**
**a/k/a PROPERTY INVESTMENT**
**CONSULTANTS, INC., PHIL SIMON,**
**HOWARD HUGHES, FRED DOUGLAS**
**WAY, III, ESQ., ROGER H. RODRIGUEZ,**
**AGA CAPITAL NY, INC., CORE**
**ABSTRACT CORP., ARGENT MORTGAGE**
**CO., LLC, AMERIQUEST MORTGAGE**
**CO., "JOHN DOE" and "JANE DOE," the**
**last two names being fictitious, said parties**
**being individuals, if any, having or claiming**
**an interest in, or lien upon, the premises**
**described herin, and XYZ-1 CORP. and XYZ-**
**2 CORP., the last two names being fictitious,**
**it being the intention of plaintiffs to designate**
**any corporation having a legal interest in the**
**premises described herein,**

                **Defendants.**
-------------------------------------------------------------x

**GERSHON, United States District Judge:**

       No objections having been filed, the unopposed Report and Recommendation of Judge Matsumoto is hereby adopted in its entirety. Plaintiffs' motion for default judgment against defendant Fred Douglas Way, III, Esq. is granted. The Clerk of Court is directed to enter judgment for plaintiffs against defendant Way in the amount of $10,720.75, comprised of

$2,500 in compensatory damages, $7,500 in punitive damages, and $720.75 in costs.

**SO ORDERED.**

__/s/ *Nina Gershon*__
**NINA GERSHON**
**United States District Judge**

Dated: April 11, 2007
Brooklyn, New York