FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ APR 1 2 2007 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLORIA JOHNSON, FRED JOHNSON, and
BESSIE CHAVOUS,

                Plaintiffs,

-against-

HOME SAVERS CONSULTING CORP.
a/k/a PROPERTY INVESTMENT
CONSULTANTS, INC., PHIL SIMON,
HOWARD HUGHES, FRED DOUGLAS
WAY, III, ESQ., ROGER H. RODRIQUEZ,
AGA CAPITAL NY, INC., CORE
CO., LLC, AMERIQUEST MORTGAGE
CO., "JOHN DOE" and "JANE DOE," the
last names being fictitious, said parties being
individuals, if any, having or claiming an
interest in, or lien upon, the premises described
herein, and XYZ-1 CORP. and XYZ-2 CORP.,
the last two names being fictitious, it being the
intention of plaintiffs to designate any corporation
having a legal interest in the premises described
herein.

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 5427 (NG)

An Amended Order of Honorable Nina Gershon, United States District Judge, having been filed on April 11, 2007, adopting the unopposed Report and Recommendation Magistrate Judge Kito A. Matsumoto, dated March 23, 2007; granting plaintiffs' motion for a default judgment against defendant Fred Douglas Way III, Esq.; and directing the Clerk of Court to enter judgment for plaintiffs against defendant Way in the amount of $10,720.75, comprised of $2,500.00 in compensatory damages, $7,500.00 in punitive damages, and $720.75 in costs; it is

JUDGMENT
04-CV- 5427 (NG)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo is adopted in its entirety; that plaintiffs' for a default judgment against defendant Fred Douglas Way, III, Esq.; and that judgment is hereby entered in favor of plaintiffs, Gloria Johnson, Fred Johnson, and Bessie Chavous, and against defendant, Fred Douglas Way, III, Esq., in the amount of $10,720.75, comprised of $2,500.00 in compensatory damages, $7,500.00 in punitive damages, and $720.75 in costs.

Dated: Brooklyn, New York
April 11, 2007

ROBERT C. HEINEMANN
Clerk of Court